IN THE SUPREME COURT OF TEXAS

 No. 06-0515

 IN RE AL CARDENAS MASONRY, INC.

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's request for stay, filed August 4, 2006, is granted in
part and denied in part. The trial set for August 14, 2006, in Cause No. C-
1549-05-G, styled Pharr San Juan Alamo Independent School District v. Al
Cardenas Masonry, Inc., in the 370th District Court of Hidalgo County,
Texas, is stayed pending further order of this Court. All other relief
requested in the request for stay is denied.
 2. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this August 9, 2006.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk